IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 10-cr-00187-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. HOLLY RUTH TIGHE,

    Defendant.

## ORDER OF RECUSAL

    This matter is before me on review of the file. Assistant U.S. Attorney Suneeta Hazra has entered an appearance on behalf of the government in this case. Due to the fact that I occasionally socialize with Ms. Hazra, I must recuse myself from this case. It is therefore

    ORDERED that the judge's file be returned to the clerk's office for the case to be reassigned.

    DATED April 7, 2010.

                                    BY THE COURT:

                                    s/Philip A. Brimmer
                                    PHILIP A. BRIMMER
                                    United States District Judge